UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROGER A. LEISHMAN, | CASE NO. 2:20-cv-861 |
| Plaintiff, | MINUTE ORDER |
| v. | |
| WASHINGTON ATTORNEY GENERAL'S OFFICE, et al. | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge: On October 31, 2023, the Court dismissed all claims against all Defendants. Dkt. Nos. 194, 195.

Accordingly, all pending deadlines from the Court's October 24, 2022, Scheduling Order are STRICKEN. *See* Dkt. No. 145.

Additionally, all pending motions, including the Ogden Murphy Defendants' Motion for Protective Order and Stay of Discovery Pending Ruling on Motions to Dismiss (Dkt. No. 157), the State Defendants' Motion for Guidance Regarding Compliance with Standing Order (Dkt. No. 160), Leishman's Cross-Motion to Amend Order Granting Disability Accommodation (Dkt. No. 174), and the State

MINUTE ORDER - 1

Defendants' Motion to Modify Order Setting Trial Date and Related Dates (Dkt. No. 184) are all DENIED as moot.

Dated this 31st day of October 2023.

<u>Ravi Subramanian</u>
Clerk
<u>/s/ Serge Bodnarchuk</u>
Deputy Clerk

MINUTE ORDER - 2