UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROGER A. LEISHMAN,<br><br>        Plaintiff,<br><br>   v.<br><br>WASHINGTON ATTORNEY GENERAL'S OFFICE; SHANE ESQUIBEL; ELIZABETH CHRISTINA BEUSCH; ALLYSON JANAY FERGUSON; KARI HANSON; SUZANNE LIABRAATEN; VALERIE PETRIE; KATHRYN NADINE REYNOLDS; WESTERN WASHINGTON UNIVERSITY; BRUCE SHEPARD; OFFICE OF THE GOVERNOR; OGDEN MURPHY WALLACE, PLLC; KAREN SUTHERLAND; and PATRICK PEARCE,<br><br>        Defendants. | CASE NO. 2:20-cv-861<br><br>MINUTE ORDER |

      The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge: On October 31, 2023, the Court granted the State Defendants' Motion to Dismiss. Dkt. No. 194. The Court gave Leishman until November 21, 2023, to move to amend his Third Amended

MINUTE ORDER - 1

Complaint. *Id.* at 32. On November 21, 2023, Leishman requested leave to file his proposed Fourth Amended Complaint. Dkt. No. 198.

On March 13, 2024, Leishman filed a notice withdrawing his pending motion to amend. Dkt. No. 208. In his notice, Leishman also asked the Court to reconsider its prior orders dismissing his claims (Dkt. Nos. 194, 195) and its order denying his motion for reconsideration (Dkt. No. 203). The Court DENIES these motions for reconsideration as untimely. With no reconsideration, Leishman requests a final judgment so that he may pursue an appeal.

Accordingly, the Court DISMISSES Leishman's Third Amended Complaint with prejudice.

Dated this 15th day of March 2024.

Ravi Subramanian
Clerk
*/s/ Kathleen Albert*
Deputy Clerk

MINUTE ORDER - 2