|  |  | FILED |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | |
| FOR THE NINTH CIRCUIT | | APR 22 2025 |
| | | MOLLY C. DWYER, CLERK |
| | | U.S. COURT OF APPEALS |

ROGER LEISHMAN,

       Plaintiff - Appellant,

 v.

WASHINGTON OFFICE OF THE ATTORNEY GENERAL; et al.,

       Defendants - Appellees.

No. 24-2509

D.C. No. 2:20-cv-00861-JNW

Western District of Washington, Seattle

MANDATE

The judgment of this Court, entered March 31, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT